United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES  SCHORSCH, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-109 |
| | § | |
| EVELYN  CASTROL, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION TO DISMISS
## CASE FOR FAILURE TO PROSECUTE

Plaintiff filed this prisoner civil rights complaint pursuant to 42 U.S.C. § 1983 on

May 28, 2021.  (D.E. 1).  Plaintiff also filed an application to proceed *in forma pauperis*

along with a copy of his prisoner trust fund account statement, which showed Plaintiff

had $1,423.87 in his account.  (D.E. 2 and D.E. 3).  On June 8, 2021, the undersigned

entered an Order to Show Cause, ordering Plaintiff to either pay the $402.00 filing fee or

to show cause why he is unable to pay the filing fee.  (D.E. 6).  Plaintiff was cautioned

that failure to pay the filing fee or adequately show cause why he was unable to do so

would result in his case being dismissed.  (D.E. 6).  Plaintiff has failed to respond to the

Court's order and has not paid the filing fee.

Therefore, it is respectfully recommended that Plaintiff's case be **DISMISSED**

pursuant to Federal Rule of Civil Procedure 41(b). *Martinez v. Johnson*, 104 F.3d 769,

772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause

of action for failure to prosecute).

ORDERED this 1st day of July, 2021.

_____

Jason B. Libby

United States Magistrate Judge

<u>NOTICE TO PARTIES</u>

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.  *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).