United States District Court
Southern District of Texas
**ENTERED**
December 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES SCHORSCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:21-CV-00109 |
| | § | |
| EVELYN CASTROL, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the Memorandum and Recommendation ("M&R") of Magistrate Judge Jason Libby.  (Dkt. No. 7).  Magistrate Judge Libby recommends the Court dismiss James Schorsch's Section 1983 claims because he did not pay the filing fee or show cause as to why he cannot.  Fed. R. Civ. P. 41(b).  *See, e.g.*, *Coleman v. Sweetin*, 745 F.3d 756 (5th Cir. 2014) (district courts may *sua sponte* dismiss a case under Rule 41(b)).

Schorsch did not object after he was provided proper notice and the opportunity.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  So, review is for plain error.  *Hawes v. Stephens*, 964 F.3d 412, 415 (5th Cir. 2020).  There is none.  Thus, the Court **ACCEPTS** the M&R as that of the Court and **DISMISSES WITHOUT PREJUDICE** Schorsch's claims.

It is SO ORDERED.

Signed on December 16, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**